JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITEZ ZAYAS SAUL DIOSMAN,<br>Plaintiff,<br>v.<br>WARDEN OF ADELANTO et al.,<br>Defendant. | Case No. 5:26-cv-03865-SB-JDE<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order requiring the government to release Petitioner Benetiz Zayas Saul Diosman (Dkt. No. 11), the Court grants the habeas petition.

This is a final judgment.

Date: July 28, 2026

Stanley Blumenfeld, Jr.
United States District Judge